UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IDEAL AVIATION ILLINOIS, LLC; PARKS AVIATION HOLDINGS, LLC; and COLIN FOPPE,<br><br>　　　　Defendants. | Case No. 23-cv-2728-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I, to the extent it seeks a declaration of no duty to defend under the Aviation Policy, in favor of defendants Colin Foppe, Ideal Aviation Illinois, LLC, and Parks Aviation Holdings, LLC and against plaintiff Old Republic Insurance Company;

IT IS FURTHER DECLARED that

> The timing of the notice given by defendants Ideal Aviation Illinois, LLC and Parks Aviation Holdings, LLC of the occurrence does not negate plaintiff Old Republic Insurance Company's duty under Aviation Policy No. AVC00428903 (policy period of December 12, 2020, to December 12, 2021) to defend defendants Ideal Aviation Illinois, LLC and Parks Aviation Holdings, LLC in the case of *Foppe v. Ideal Aviation Illinois LLC and Parks Aviation Holdings, LLC*, No. 23 LA 0778, Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Old Republic Insurance Company and against defendants Colin Foppe, Ideal Aviation Illinois, LLC, and Parks Aviation Holdings, LLC on Count IV regarding the duty to defend and indemnify under the Airport Policy;

IT IS FURTHER DECLARED that

Under Airport Policy No. AP1144203 (policy period of December 12, 2020, to December 12, 2021) plaintiff Old Republic Insurance Company owes no duty to defend or indemnify defendants Ideal Aviation Illinois, LLC and Parks Aviation Holdings, LLC in the case of *Foppe v. Ideal Aviation Illinois LLC and Parks Aviation Holdings, LLC*, No. 23 LA 0778, Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois; and

IT IS FURTHER ORDERED AND ADJUDGED that Count I, to the extent it seeks a declaration of no duty to indemnify under the Aviation Policy; Count II, regarding the Airport Policy; and Count III, regarding the applicable limits of liability of the Aviation Policy, are dismissed without prejudice.

**DATED: October 11, 2024**

                                              **MONICA A. STUMP, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**